**FILED**
January 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ SM _____
DEPUTY

## IN THE U.S. DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS

## WACO, DIVISION

SAMUEL BURLESON

VS.

THE (TOWNSHIP) OF COOLIDGE
101 N 1st St
Coolidge, Limestone County 76635
cityofcoolidge@outlook.com
smalltownc@windstream.com
254.786.4814
fax: 254.786.2169

CAUSE NO._____**6:23-cv-042**_____

### PETITION FOR THE SUIT AGAINST THE TOWN OF COOLIDGE, TEXAS, 76635 FOR THE MIS-MANAGEMENT OF THEIR GOVERNMENT AND FISCAL-SPENDING

COMES HEREIN NOW, SAMUEL BURLESON, PETITIONER IN THE CAUSE STATED-ABOVE AND SUES THE "TOWNSHIP OF COOLIDGE" ALONG WITH THEIR 'AUTHORIZED REPRESENTATIVE(S)('S)(S')' WHICH ARE THEIR CITY-ATTORNEY(IES)('IES)(IES'); 'CHARLES'AKA CHARLIE BUENGER AND ADAM, PHONE: 254-662-5888, Buenger & Associates, 3203 Robinson Dr., Waco, TX 76706, CHARLIE BUENGER IS THE OWNER, SO THE RESPONDENT(S)(S') ARE WITH THE TYING UNTO THE "TOWNSHIP OF COOLIDGE." THE ABOVE-SAID PLAINTIFF SUBMITS THE FOLLOWING FOR REVIEW AND DETRMINATION BY THIS COURT UNDER THE JURISDICTION OF THE 4TH AMENDMENT RIGHT(S); "*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures," 42 U.S.C. §2000a (a)All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination on the ground of race, color, religion, or national origin.*""

THURSDAY, JANUARY 20TH, 2023 AFTER RECEIVING A CALL FROM PHILIP CASEY A FELLOW CITIZEN RESIDING WITHIN THE CITY-LIMITS IS WITH THE INFORMING THAT THE MAYOR AND CITY-ATTORNEY DEMANDED THAT THE PLAINTIFF FILE NO MOTION AND 'DISAPPEAR'-ALTOGETHER. PLAINITIFF IS WITH THE ENDING OF THE CALL SHORTLY AFTER AND CONTACTED THE (SO-CALLED) CITY OFFICE AND SPOKE TO THE SECRETARY AND REQUESTED THE CITY ATTORNEY'S CONTACT-PHONE-NUMBER; TO WHICH SHE OBLIGED. THE SAID PLAINTIFF THEN CALLED THE CITY ATTORNEY AND EXPLAINED THE SO-CALLED RELAYS OF WHICH HE WAS GIVEN BY MR. CASEY AND EXPLAINED THAT HE IS NOT WITH THE OPERATION OF A CITY-GOVERNMENT, IS NOT WITH THE LEVYING OF TAXES, ANNEXATIONS, CITY-ORDINANCE(S), ACTING ON BEHALF OF THE CITY OF COOLIDGE NOR IS TRYING TO DO SO. HE WAS TOLD THAT HE ALONG WITH THE CITY OF COOLIDGE WAS FILING CHARGES FOR FIING A MOTION FOR THE REFERENDUM (SEE ATTACHED AS AN

ATTACHMENT OR EXHIBIT(S) BELOW). PLAINTIFF IS THEN WITH THE TELEPHONE-CALL TO THE LIMESTONE COUNTY DISTRICT ATTORNEY ('S) (S') (S) OFFICE TO WHERE HE AGAIN EXPLAINED THE SITUATION AND TO WIT SHE EXPLAINED THAT IT WAS CIVIL AND NOT CRIMINAL IN ITS NATURE AND FOR HIM TO CONTACT A PRIVATE-ATTORNEY. THE SAID PLAINTIFF IS WITH THE STATING THAT HE COULD AND WOULD SEND A COPY OF THE GROWND-WORK PAPERS HE HAS BEEN WORKING ON FOR THE LEEWAY TO FILE SAID MOTION FOR THE CITY-COUNCIL AND PUBLIC TO REVIEW. SHE THEN ABRUPTLY 'HUNG-UP' ON HIM. PLAINTIFF HAD TO GO BACK TO WORK SO THAT WAS THE END TO THE MATTER.

UPON THE THINKING FURTHER, THE SAID PLAINTIFF IS WITH THE DECISION TO FILE THIS CIVIL SUIT AGAINST THE CITY FOR THE THREATING AND PROMISING TO FILE CRIMINAL CHARGES; CLAIMING HE IS WITH THE MISREPRESENTATION OF A GOVERNMENTAL ENTITY (SEE HIS GROUND-WORK PAPERWORK IN THE EXHIBIT(S) OR ATTACHMENT(S))

SO AT PRESENT, THE SAID MOTION OF WHICH HE SUBMITTED FOR THE MAYOR OF COOLIDGE TO REVIEW IS ESSENTIALLY 'MOOT' FOR THE DIRECT FEAR OF THE RETALIATION BY THE CITY GOVERNMENT AND ITS-ATTORNEY(S)(IES)('IES). NOW, THE SAID PLAINTIFF IS WITH THE NO-ACCESS FOR THE LOBBYING AND MOTION HIS LOCAL CITY-COUNCIL. FURTHER, PLAINTIFF IS BEING THREATENED AND HARASSED FOR THE SEARCH FOR THE AID UNTO THE CITY FOR FURTHER FUNDING TO RESTORE THE DAMAGE(S) DONE OVER TIME BY THEIR MISMANAGEMENT. AND WE HEREBY OUTLINE THEM BELOW;

THE CITY'S ROADS WERE PAVED AND THEY TORE THEM UP AND LAID DOWN LIMESTONE ROCK OR GRAVEL-ROADS TO WHICH TEAR UP VEHICLE(S) DRIVING UPON THEM.  THE DIRT/GRAVEL ROAD'S DUST AND DEBRIS GETS INTO THE CARS JOINT(S) AND MECHANISMS CAUSING THE CITIZENS VEHICLE PROBLEMS LIKE MIS-ALIGNMENTS, WORN OUT VEHICLE JOINTS AND FLAT TIRE(S). THIS SAID COURT CAN VIEW FROM ITS OWN HISTORICAL-RECORDS THAT THE CITY STREET(S) WERE PAVED BUT OVER TIME ENDED UP WITH POT-HOLE(S) PERIODICALLY OR INTERMITENTLLY.

SECOND, THE CITY'S HOUSES ARE DELAPITATING AND FALLING DOWN IN VARIOUS PLACE(S) AND HAVE BEEN WITH THE RAZMENT ALTOGETHER BECAUSE THE CITY IS WITH THE INABILITY TO MAINTAIN THEM.

THIRD, THE CITY'S POPULATION HAS DROPPED OVER 200 PEOPLE.

FOURTH, THE CITY WATER-SUPPLY IS UNDER SCRUTINY AND THEY JUST FINALLY INSULLATED THE PIPE LEADIND DOWN FROM THE WATER TOWER TANK (PAINTED WHITE ON FOUR LEGS PRESENTLY);

FIFTH, THERE ARE SEVERAL COOLIDGE(S); WARD, WEST, ORIGINAL, AND COOLIDGE; [WHO IS REALLY RUNNING THE CITY?]; WHO IS WITH THE ABILITY TO TRULY LEVY TAXES ON THE CITIZENS LIVING IN THE "CITY LIMITS OF COOLIGE?"


WHEN THE PLAINTIFF ASKED WHY THE CITY COULDN'T FIX THE PROBLEMS IN THE CITY THEY CLAIMED THAT THEY DIDN'T HAVE FUNDING.  THAT THEY DON'T LEVY PROPERTY TAXES AND THAT THEY DON'T LEVY BUSINESS TAXES BUT ON ONE BUSINESS WHICH IS THE "COOL STOP."  [BUT SAID HOW?]

THE PRESENT CITY-CHARTER/GOVERNMENT IS WITH THE CONTROL OF THE WATER SUPPLY AND THEY SAY THAT THEY RECEIVE TAXES THROUGH THIS SYSTEM TO PAY FOR WATER, SEWER, AND TRASH, PROPERLY ALLOCATED ON EVERYBODY(S) WATER-BILL. BUT THEY USED THOSE TAXES TO PAY FOR OTHER 'CITY' ITEMS THAT ARE NOT ASSOCIATED WITH THE WATER, SEWER, GAS, OR TRASH SYSTEM(S). THEY ARE WITH THE PAYMENT FOR A POLICE OFFICER, ARE WITH THE SUPPORT OF COUNTY OFFICIALS OUTSIDE WATER-BUSINESS. THEY ARE WITH THE FINANCIAL SUPPORT FOR A PARK/PLAYGROUND AND HAVE ENACTED CITY ORDINACE(S) WHERE A CONVICTED-FELON CANNOT HAVE A CITY-JOB BUT HAVE HIRED A CONVICTED FELON NAMELY, 'PAUL FINELY.' HE WORKS ON THE 'SO-CALLED' WATER-DEPARTMENT

BUT DOES OTHER DUTIES THAT DO NO QUALIFY FOR WATER MAINTENANCE AND HE'S ON THE FIRE DEPARTMENT OF WHICH THEY WILL NOT LET THE PLAINTIFF JOIN.

THE SAID CITY JUST PASSED A BOND TO INSTALL 80 MILLION DOLLARS OF WINDMILLS BUT THEY RECEIVE NO PROCEED(S); THE COOLIDGE ISD IS THE AUTHOR AND THE TAXER OF THE PUBLIC ON THE CITY'S PROPERY TAXES. WHY CAN'T THE CITY DO THE SAME? AND IF THE SCHOOL IS TAXING THE PUBLIC FOR WINDMILL(S) AND INSTALLING PERMITTING THEM TO BE INSTALLED WHERE DOES THE PUBLIC RECEIVE A BENEFIT? THEY RAISE OUR TAXES AND THEN WE DON'T SEE MUCH AS A DIME FROM IT.

SO, IF YOU CANNOT LEVY TAXES, AND CANNOT PROPERLY MAINTAIN THE CITY INFRASTRUCTURE; HOW CAN YOU PASS A BOND TO RAISE TAXES FOR AN EDUCATIONAL INSTITUTION AND NOT RECEIVE ANYTHING FROM IT THAT GOES TO THE CITY AND ITS-PEOPLE?

NOW, THE SAID PLIANTIFF HAS LIVED IN THIS TOWN FOR ALMOST 23 YEARS AND WENT TO COOLIDGE HIGHSCHOOL AND REMEMBERS THEIR LITIGATION AGAINST A PAST CITY-CHARTER FOR JURISDICTION AND TAXATION RELATED MATTER(S) AND THE SCHOOL WON OUT. WHERE IS ALL THIS MONEY REALLY GOING TO AND TO WHAT FOR?

SO IN BRIEF; THE RESPONDENT CITY IS WITH THE MAKING OF MATTER(S) WORSE BY USING INDIFFERENCE OR DOING SOMETHING THAT MAY INFACT BE CRIMINAL IN NATURE.

RESPONDENT(S) SHOULD HAVE NEVER TORN UP THE ROADS;
RESPONDENT(S) SHOULD HAVE NEVER HIRED A POLICE-OFFICER ON WATER TAXES;
PLAINTIFF CLAIMS THAT THE ROADS TORE HIS CAR UP AND IS DAMAGING HIS VEHICLE(S);
SAID CITY WATER-TAX SHOULD HAVE BEEN USED TO UPDATE THE LOCAL WATER-GRID, GET OUT OF ANY DEBT WITH THE WATER-SUPPLIER; UPDATE THE GAS LINES, SEWER LINES, AND DID THIS ALL PRIOR BEFORE THEY GOT FEARFUL OF THE POTENTIAL OF LITIGATION, HOWEVER, WE ARE USING THIS A FINAL RESORT FOR A CLOSED-CITY-GOVERNMENT. PLAINTIFF CANNOT FILE A MOTION FOR A REFERENDUM WITHOUT PENALTY. AND PER THE ATTORNEY, CARL AND ADAM THEY ARE WITH THE EMPUTIVE ACTION OF FILING CRIMINAL CHARGE(S) OR WITH THE ATTEMPT TO DO SO. SO SINCE THIS IS A 'CIVIL' MATTER WE COME BEFORE THE COURT AND ASK FOR HELP.

WE ARE WITH THE BELIEFE THAT ANY THROUGH ROAD IN ITS FORM IS A FEDERAL-ROAD, EVEN IF IT IS NOT DIRECTLY GOVERNED OR WITH THE MANAGEMENT BY THE FEDERAL GOVERNMENT. ALL ROADS ARE ON A RECORD AND DULY NOTED ON THE FEDERAL FILE. AND BECAUSE THE CITIZENS OF THE UNITED STATES PAY ROAD-TAXES THE ROADS ARE ESSENTIALLY ALSO FEDERAL GOVERNMENT PROPERTY AND ANY IMPEDMENT OF SAID BY-WAY, HIGHWAY, ROAD, STREET, ETC. MAY RESULT WITH FEDERAL-MILTARY ACTION. THIS ENHANCES YOUR JURISDICTION FURTHER.

FURETHER, THE TEXAS CONSTITUTION, ARTICLE 11. MUNICIPAL **CORPORATIONS**

Sec. 1. COUNTIES AS LEGAL SUBDIVISIONS.  The several Counties of this State are hereby recognized as legal subdivisions of the State. (Feb. 15, 1876.)

Sec. 4. CITIES AND TOWNS WITH POPULATION OF 5,000 OR LESS: CHARTERED BY GENERAL LAW; TAXES; FINES, FORFEITURES, AND PENALTIES. Cities and towns having a population of five thousand or less may be chartered alone by general law. They may levy, assess and collect such taxes as may be authorized by law,

BUT THERE ARE FOUR 'COOLIDGE(S);' (WARD, WEST ADDITION, ORIGINAL COOLIDGE, AND
COOLIDGE. AND PER THE TEXAS CONSTITUION ARE ALL CORPORATION(S) AND AS SUCH MUST
HAVE A PROPER TRANSMITTING-UTLITY NUMBER OR REGISTRATION NUMBER FOR THE
CONDUCTION OF BUSINESS. THE CITY OFFICE PER THE LIMESTONE COUNTY TAX ASSESOR'S
CAD SOFTWARE IS UNDER 'WARD.' AND THE PLAINTIFF'S ADDRESS IS UNDER THE 'WEST
ADDITION.' SO EVEN IF THEY HAVE THE POWER TO LEVY TAXES THEY MAY ONLY DO IT
WITHIN THEIR JURISDICTION; THAT ESSENTIALLY WOULD MEAN THAT THEY MAY LEVY TAXES
IN THE WARD BUT NOT IN THE WEST ADDITION. THEY DO NOT HAVE POWER TO TAKE ONE'S
ANNEXATION FROM ANOTHER WITHOUT A PROPER-JUDICIAL-REFERENUDUM. NOR CAN THEY TAKE
THE PLAINTIFF'S (WHICH IS 'COOLIDGE' NOW); AND SINCE THE MAJORITY MUST VOTE AND
THE SAID PLAINTIFF IS 'COOLIDGE' ONLY DOCUMENTED-CONSTITUENT, THEY WILL NOT
OVERRIDE ANY ANNEXATION GRANTED UNLESS EXPLICITY PRESCRIBE-D AND/OR AGREED UPON.
AND AS A PROPERLY-FILED GOVERNMENT WITH THE SECRETARY OF STATE OF THE STATE OF
TEXAS, AND I.R.S., PLAINTIFF'S SAID RIGHT(S) UNDER THAT DOCUMENTED FILING CANNOT
BE WITH THE TAKING. NOR CAN THEY CLAIM OR THREATEN THE SAID PLAINTIFF WITH ANY
CRIMNAL ACTION FOR ANY OR A REPRESENTATION OF HIS OWN TAX-ID NUMBER.

THE PRESENT CITY (WHOEVER IT IS) IS WITH THE ACTING IN THE FRAUD. BECAUSE OF THIS
FRAUD THEY ARE WITH THE EXPUNGEMENT AND POSSIBLE CRIIMINAL LIABILITY BECAUSE WE
ARE 'HELD HARMLESS AND INDEMNIFIED' AGAINST AND FROM ANY ACTION THAT OUR
CORPORATE CHARTER DOES/COMMITES. AND IF YOU OR ANYONE DOES NOT KNOW THIS BY NOW,
YOU NOW DO.


ACCORDING TO THE LIMESTONE COUNTY ROAD & BRIDGE IT IS THE CITY'S RESPONSIBILITY
FOR THE MAINTENANCE AND REPAIR AND BUILDING OF ITS ROADS AND STREETS, BUT THE
RESPONDENT CITY HAS NO MONEY AND IS NOT PERMITED TO LEVY TAXES EXCEPT THROUGH ITS
CORPORATE WATER SYSTEM. AND SAID TAX IS MORE A CORPORATE TAX THAN A GOVERNMENT
TAX, BECAUSE IT'S FOR WATER, SEWER, AND TRASH. NOT FOR ANY OTHER CITY SERVICE;
BECAUSE SAID TAXES MUST BE USED WITHIN THIS SCOPE. YOU CAN'T LEVY A GAS TAX
EXCEPT FOR THE REGULATION AND/OR CONTROL OF GASOLINE OR FUEL. ROADS DO COUNT
UNDER THIS TAX BECAUSE IT IS A GRAY AREA TO TRANSPORT FUEL. BUT WE HAVE NOT SEEN
MUCH IF ANY IMPROVEMENT TO OUR LOCAL ROADS BECAUSE OF THIS TAX. SO WHO PAYS FOR
THE ROADS? THE RESPONDENT CITY IS SUPPOSED TO.  WHERE DID ALL THAT ROAD MATERIAL
COME FROM WITHIN OUR CITY LIMIT(S)? AND WHY WERE THE ROADS JUSIFIABLY REMOVED TO
BEGIN WITH AND REPLACE WITH PRESENT ROADS THAT DAMAGE VEHICLE(S) FASTER?  WHAT IS
THE WATER-TAX TRULY BEING SPENT UPON?

WHAT ABOUT ALL THE STREET LIGHTS OUT THAT THE POWER COMPANY SAYS IS NOW ON
PRIVATE PROPERTY TO WHICH WAS ORIGINALLY UNDER COOP CITY MANAGEMENT? WHAT ABOUT
OUR TELECOMMUNICATION LINES AND WHERE DID ALL THE CABLE LINES THAT NORTHERN-CABLE
RAN ITS SERVICE GO TO ON THOSE TELEPHONE-POLES? HOW COME THE CITY BELIEVES IT CAN
JUST CUT POWER LINES OVER-HANGING MY MOTHER'S PROPERTY WITHOUT CONSENT, CONTRACT,
OR NOTICE? WHY DID THEY REMOVE THE METER-BOX ON THE SIDE OF HER GARAGE? THIS
SHOWS A CLAIM THAT THEY DID NOT AND DO NOT JUST DO THIS WITH OUR PROPERTY, THEY
DO THIS WITH WHOMEVER THEY WANT TO.  WHERE DID THEIR ORIGINAL POLICE VEHICLE GO
TO AND HOW DID A CIVILIAN'S TRUCK GET LABELED AS A COOLIDGE POLICE VEHICLE? WHERE
IS THE ORIDNACE? IS THIS NOT A DONATION TO A PRIVATE-ENTITY? WHERE DID THE NEW
WATER ADMINISTRATION TRUCK(S) COME FROM AND HOW WERE THEY FUNDED? WHAT WERE THE

VEHICLES USED BEFORE? WHO IS WITH THE PAYMENT OF THAT FUEL BILL? HOW MANY TIMES
DID THE CITY RE-IMBURSE OR PAY FOR A PRIVATE-ENTITY'S FUEL?

FURTHER, WHO FUNDS THE <u>COOLIDGE VOLUNTEER FIRE DEPARTMENT</u>? WHY WAS THIS ENTITY
NOT CHARTED IN AT THE FOUNDING OF THE NEW GOVERNMENT AFTER OUSTING 'ANGIE?' WHEN
DID THE FIRE DEPARTMENT VOLUNTEERS BECOME FOLKS REPRESENTING THE CITY OF
COOLIDGE?

THIS IS SAID TO SHOW HOW ELABORATE THAT THIS MATTER IS AND HOW INTRICATE AND TIME
CONSUMING IT IS TO EVEN COLLABORATE ON THIS MATTER.  WHAT WE WANT TO SHOW THIS
COURT IS HOW FAR OUT OF LINE THIS CITY'S GOVERNMENT IS AND HOW CRAZY IT IS TO
THINK THAT THE PLAINTIFF IS ACTING AS ONE OF THEIR OFFICIAL EMPLOYEE(S). THERE IS
NO RECORD OF SUCH ANNEXATION, TAX, LOBBYING, OR OF THE PLAINTIFF MAKING HIMSELF A
ACTING OFFICIAL FOR THE 'TOWNSHIP OF COOLIDGE' NOR FOR GAYE PRANGER, MAYOR, OR
THE CLERK OF THE CITY. WHY WOULD THEY SEND HIM A 'CEASE AND DESIST' LETTER? THIS
IS SHOWING HOW CRAZY AND LEGAL THEY ARE. THEY ARE NOT DOING SOMETHING PROPER
BECAUSE THEY DO NOT CALL ME VERY OFTEN IF EVER. AND HERESAY IS NOT LEGALLY-
BINDING IN ANY TRIBUNAL OR COURT. YET, THEY ARE DOING THIS BECAUSE "PLAINTIFF"
DOES NOT CONFERENCE IF ANY WITH THEM.

**PRAYER AND REQUEST FOR THE RELIEF IF DEEMED ACCEPTABLE BY THE COURT.**

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT THIS COURT ISSUE AID AND REPAVE THE
ROAD(S) AND/OR (STREET(S)) ONCE AND FOR ALL AND ISSUE A/AN MANDATE FOR THE CITY
OR ANY FUTURE CHARTER TO EVER RAZE THEM AGAIN AND IF THEY DO SO BE SUBJECT TO
CIVIL PENALTY AND POSSIBLE CRIMNAL PROSECUTION;

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT THEY STOP THREATENING TO PUT HIM IN
JAIL DIRECTLY, THROUGH OTHER LAW-ENFORCEMENT DIVISION(S) AND/OR DEPARTMENT(S);

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT THEY PERMIT HIM TO SUBMIT A MOTION
WITHOUT HRASSMENT AND RETALIATION BY THEIR OFFICIAL(S)(S') AND/OR ATTORNEY(IES');

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT AN DEFINITION AND EPLAINATION BE
GIVEN ON WHAT A WATER TAX CAN BE APPROPRIATED FOR;

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT NO RETALIATION AND/OR HARASSMENT
HOWEVER SLIGHT COME AGAINST HIM FOR EXCERSISING HIS RIGHT(S) TO USE THE
GOVERNMET(S) AND COURT(S) AND FOR THE FILING OF THIS CIVIL-SUIT;

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT THE CITY'S UTILITY (IES) BE WITH
THE UPGRADE AND ALL THE LINES BE INSPECTED TO REMOVE ANY STATIC OR INTERFERENCE
WITH THE INTERNET AND TELEPHONE LINES AND ENSURE PROPER MANAGEMENT OVER THE

TELEPHONE-GRID; THIS IS TO AID EVERYONE IN THE CITY, EXPECIALLY THE ELDERLY AND THOSE WITH CHRONIC HEALTH-ISSUE(S);

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT THE CITY'S WATER-GRID AND SEWER-SYSTEM BE WITH THE REPAIR AND RESTORATION UNTO A CITY LIKE 'DALLAS' SO THAT IT IS FREE OF POSSIBLE CONTAMINATES AND SAFE FOR THE PEOPLE TO DRINK FOR A LONG FOR-SEEABLE-FUTURE;

PLAINTIFF IS WITH THE PRAYER AND REQUEST THAT THIS COURT FINDS OUT WHO IS SAYING AND CLAIMING THAT THE PLAINTIFF IS ACTING LIKE A COOLIDGE CITY OFFICIAL WORKING WITH GAYE PRANGER AND/OR MAYOR;

SUBMITTED THIS 20TH DAY OF JANUARY 2023 VIA THE USPS, FIRST-CLASS MAIL TO THE 800 Franklin Ave Suite 304, Waco, TX 76701, POSTAGE PRE-PAID.

WE ARE NOT IN JAIL.

RESPECTFULLY TENDER-ED,

SAMUEL J. BURLESON
604 ARMOUR ST. STE A
COOLDIGE, TEX. 76635
254.747.3647

# EXHIBIT(S)

CAUSE NUMBER _____ **6:23-cv-042** _____

## MOTION FOR REFERENDUM

**WE HEREBY MOTION THIS CURRENT "WEST ADDITION COOLIDGE" (A.K.A. TOWNSHIP OF COOLIDGE) FOR THE ALLOWANCE OF ANOTHER "COOLIDGE" (THE CITY OF COOLIDGE) TO OPERATE ALONGSIDE THE PRESENT CHARTER.**

**WE DO EXPECT THIS MOTION TO FAIL AND WE EXPECT THIS CITY COUNCIL TO VOTE AGAINST THIS MOTION.  HOWEVER, WE ARE DULY ORGANIZED AND FORMED AS REQUIRED BY STATE LAW EXCEPT WE DO NOT OWN PROPERTY BEARING THE CITY OF COOLIDGE NAME YET.**

**THE PURPOSE OF THIS MOTION IS TO GIVE PUBLIC DISCLOSURE TO OUR CITY AFFAIRS BETWEEN TWO GOVERNMENT(S).  ONE PRESENTLY IN OPERATION AND THE OTHER NEWLY FORMED.  THE SECOND PURPOSE OF THIS MOTION IS TO SHOW WHAT WE CAN DO ALONGSIDE THE PRESENT GOVERNMENT SO LONG AS THERE IS TAX-PAYER FUNDING AND THEY ARE HEREBY OUTLINED TO WIT;**

1. **UPDATING THE UTILITY GRID(S) AND ASSISTING WITH UPDATING THE WATER INFRASTRUCTURE (INCLUDES SEWER);**
2. **RAISING REVENUE FOR BOTH CITY(IES) OVER TIME;**
3. **BEAUTIFYING OUR STREETS, PARKS, AND PROPERTY;**
4. **STABALIZING OUR PRESENT GOVERNMENT(S) AND FINDING GRANT(S) AND OTHER INCOME GENERATING REVENUE(S) FOR OUR CITY-BUDGETS;**
5. **ASSISTING IN THE MAINTENANCE OF OUR EMERGENCY MANAGEMENT SYSTEM(S);**

6. RESTORING PUBLIC HOMES AND PRIVATE HOMES, STRENGTHENING THE CITY'S TAX REVENUE BASE AND SCHOOL'S TAX BASE;

7. ASSISITNG IN BRINGING IN NEW FAMILY'S AN BUSINESSES AND LOBBYING FOR OUTSIDE BUSINESS INVESTMENT(S), VENTURE(S), AND IMPROVEMENT(S);

8. ASSISTING IN STRENGTHENING AND GROWING OUR COMMUNITY CHURCHES, SCHOOL(S), AND OTHER COMMUNITY GROUPS BOTH PUBLIC AND PRIVATE;

9. ASSISTING WITH MINOR ROAD MAINTENANCE;

SHOULD THIS MOTION BE FOUND FAVORABLE WITH THE 'TOWNSHIP' OF COOLIDGE, WE ASK THAT YOUR VOTE BE 'YEA' ON THE BALLOT. IF NOT THEN PLEASE REFRAIN FROM VOTING OR SIMPLY CHECK 'NO.' WE DON'T CARE IF IT IS A 'NAY.'

RESPECTFULLY SUBMITTED,
CEO - SAMUEL BURLESON
"COOLIDGE" (CITY OF COOLIDGE)
TAX-ID NO.: 87-3840356 (SEE ATTACHED!)

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

## Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

CITY OF COOLIDGE CORP.
File Number: 804337682

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic For-Profit Corporation has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 12/06/2021

Effective: 12/06/2021



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Linda Galaviz       TID: 10306                 Document: 1099726650004

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH   45999-0023

Date of this notice:  12-06-2021

Employer Identification Number:
87-3840356

Form:  SS-4

Number of this notice:  CP 575 A

COOLIDGE
CITY OF COOLIDGE
% SAMUEL BURLESON
604 ARMOUR STREET STE A
COOLIDGE, TX  76635

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 87-3840356.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

        Form 1120                                12/15/2022

Your Form 2290 becomes due the month after your vehicle is put into use.

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*.  See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests.  All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

# First Meeting of the Board of Directors

for

## THE CITY OF COOLIDGE

The first meeting of the board of directors named in the Articles of Incorporation or the initial resolutions of the incorporator for the above named corporation was held on the __9TH__ day of __DECEMBER__ 20 _21_ , at the time of ____11:00PM____ , and at the following location:

HR - TX-SOS-ONLINE

Present was:

| | |
|---|---|
| SAMUEL BURLESON | 604 ARMOUR ST., COOLLIDGE TEXAS 76635 |
| **Name** | **Address** |
| JOHN B. SCOTT | TEXAS SECRETARY OF STATE |
| **Name** | **Address** |
| | |
| **Name** | **Address** |
| | |
| **Name** | **Address** |
| | |
| **Name** | **Address** |
| | |
| **Name** | **Address** |

**NO ONE** _____ was requested to be the temporary Chairman of the meeting.

**NO   ONE** _____ was requested to be the temporary Secretary of the meeting.

1.  The Meeting was called to order. It was determined that a quorum was present either in person or by proxy, and the meeting could conduct business.

    The following directors were present:

    | Name | Person/Proxy |
    |---|---|
    | SAMUEL BURLESON | CEO/OWNER |
    | | |
    | | |
    | | |

2.    The Secretary determined and reported that notice of the meeting had been properly given or waived by the director pursuant to the Bylaws of the corporation.

3.    A motion was made and carried that the Secretary was ordered to attach the documentation (if any) or the appropriate affidavit of mailing of notice or waiver of notice to the meeting minutes. If no notice is attached, all directors agreed that proper notice of the meeting had been given.

4.    There was presented to the meeting:

    a)    A copy of the Articles of Incorporation;

    b)    A copy of the adopted Bylaws of the Corporation;

    c)    Resolutions of the incorporator;

    d)    Bill of sale of issued shares of stock;

    e)    Stock certificates (if elected to produce); and

    f)    The corporate record book.

5.    The directors ratified and approved all documents presented.

6.    Upon motion duly made, seconded, and unanimously carried, it was resolved that the persons listed on the Articles of Incorporation as officers would act as the initial officers of the corporation until another directors meeting was held. If no officers were listed on the Articles of Incorporation or Certificate of Incorporation, then the following persons were appointed as officers:

| | |
|---|---|
| SAMUEL BURLESON | President |
| TO BE DECIDED LATER | Vice-President |
| TO BE DECIDED LATER | Treasurer |
| TO BE DECIDED LATER | Secretary |

7.    Upon motion duly made, seconded, and unanimously carried, it was resolved that the hourly wages or salaries of the following officers were fixed at the following rates:

| | |
|---|---|
| $9.00 | President |
| $9.00 | Vice-President |
| $9.00 | Treasurer |
| $9.00 | Secretary |

8.    Upon motion duly made, seconded, and unanimously carried, it was resolved that the officers of this corporation are authorized and directed to pay all fees and expenses needed to the incorporator for the formation and organization of this corporation.

9.    Upon motion duly made, seconded, and unanimously carried, it was resolved that the officers of this Corporation are authorized and directed to open a bank account at:

BANK OF AMERICA _____, at the __ WACO, TEXAS _____ branch, and to deposit all funds of the corporation into this account, including the proceeds from issuing shares to shareholders. Along with depositing funds into account #488094821325 ; Routing no. 111000025

10.   The following persons or entities were issued common shares. The name(s) of each shareholder, the money or property given to the corporation in exchange for shares, and number of share(s) for each shareholder are set forth:

| Shareholder Name | Money/Property | Shares |
|---|---|---|
| SAMUEL BURLESON | 1 | 100 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11.   Upon motion duly made, seconded, and unanimously carried, it was resolved that the joint and individual acts of the incorporator(s), as listed on the Articles of Incorporation or Certificate of Incorporation, taken on behalf of the corporation are approved, ratified, and adopted as acts of the corporation.

12.   The following other business was transacted:
FORMATION FILING NOTICE ACKNOWLEDGEMENT; _____
TAX-ID NO. ACKNOWLEDGEMENT; _____

_____

_____

_____

_____

_____

_____

_____

There was no further business, and upon motion made, seconded, and unanimously carried, it was **RESOLVED,** that all the items and documents have been examined by the board of directors, and are approved and adopted, and that all the actions taken thus far have been ratified and approved by the board of directors of the corporation.

There being no further business, upon motion made, seconded, and unanimously carried, the meeting was adjourned.

Dated:<u>DECEMBER 9TH 2021</u>

*Samuel Burleson*
_____
Secretary Signature

SAMUEL BURLESON
_____
Printed Name

Witnesses:

_____
Signature

_____
Printed Name

_____
Signature

_____
Printed Name

_____
Signature

_____
Printed Name

First Directors Meeting Minutes - Page 4 of 4

## BYLAWS OF THE

## CITY OF COOLIDGE

State of Texas

## PART A: GENERAL

### Article 1 – OFFICES:

The principal offices of CITY OF COOLIDGE (hereinafter, the "Corporation") will be fixed by the Board of Directors (the "Board"), within the state of incorporation as listed on the Corporation's Articles of Incorporation (the "Articles"). The Board may also designate other offices from time to time as required and such offices may be within or outside the state of incorporation.

### Article 2 – PURPOSE:

The purpose of the Corporation is to engage in any lawful activity for which corporations may be formed. These bylaws shall not be suspended for any reason, but may be added to, amended, or deleted. A public hearing shall be held by the Board of Selectmen on any such changes at least ten days prior to presentation at any city meeting for acceptance. The acceptance of these bylaws shall not void or nullify any General Law or Act previously accepted and adopted by vote of the city. The validity of any section or provision of these bylaws shall not affect the validity of any other section or provisions hereof. Neither shall disapproval by the Attorney General of any provision, clauses, sentence, or part of these bylaws invalidate- or affect any other provision, clause, sentence, or part thereof.

### Article 3 – REGISTERED AGENT:

The registered agent of the Corporation shall be as fixed in the Articles and shall not be changed unless also updated with the state of incorporation.

## PART B: SHAREHOLDERS

### Article 4 – ANNUAL MEETING:

1

An annual meeting ("Annual Meeting") of the Corporation will take place each calendar year. The purpose of the Annual Meeting will be for the shareholders of the Corporation (the "Shareholders") to elect the Board and for any such other business as bay be required.

a) **Meeting Location:** The Annual Meeting will be held at the principal office location of the Corporation unless an alternate meeting location is determined by the Board. The meeting location for the Annual meeting shall be listed in the written notice of meeting sent to each Shareholder (the "Notice")

b) **Meeting Date & Time:** Unless designated otherwise bu the Board in the Annual Meeting Notice or unless a legal holiday, the Annual Meeting shall take place as follows:

Date: June 6th

Time: 3pm

If the scheduled date of the Annual Meeting is a legal holiday, the Board shall determine an alternate date and send Notice to the Shareholders indicating such.  Notice will be given in the following time period before the Annual Meeting: One month.

c.) **Meeting Notice:** Written Notice of the Annual Meeting shall be provided to Shareholders each year, in accordance with the laws of the state of incorporation.  The Notice shall contain details about the Annual Meeting, such as date, time, and location.  Such Notices shall be delivered to Shareholders as follows:

Mail and/or email (so subscribe/join our mailing list)

Notice shall be effective when sent to Shareholders and does not need to be of confirmed delivery to be considered effective.  Notice will also contain the agenda or topic items of the Annual Meeting, including election of the Board.

d.) **Notice Waiver:** Written and executed waiver by any Shareholder will suffice in the Notice's stead and will constitute Notice waiver. Attendance of Shareholders at the Annual Meeting will constitute Notice waiver, unless timely objection at the start of the meeting is logged.

e.) **Proxy Attendance:** Shareholders may attend the Annual Meeting by proxy, i.e. Shareholders may appoint another individual to attend the meeting and vote in their stead.  A Shareholder's proxy must be appointed in writing, signed by the Shareholder.

f.) **Order of Business:** The orders of business for the Annual Meeting shall be as follows:

Call to Order & Welcome

Call to Order for Annual Business meeting and declaration of a Quorum or Meeting

Voting Items (if any)

2

Final Voting and Closing of Polls

Preliminary Results of Voting

Q&A

Adjournment

g.) **Quorum:** A quorum of Shareholders for required voting will be established by the following percentage of Shareholders eligible to vote: 1%. If a quorum is not present, the meeting may be postponed for a later date. If a quorum is present at the beginning of a meeting, but Shareholders subsequently leave during the meeting, business and voting may continue as though a quorum was resent throughout the meeting.

h.) **Voting Trusts:** Shareholders may enter into a voting trust, as long as the document creating such a trust is signed by each Shareholder participating in the trust. The Shareholder's shares will be given to a voting trustee, who may then vote each share as agreed upon in writing. The voting trust document must be timely delivered to the Corporation to be valid.

i.) **Cumulative Voting:** Cumulative voting for the election of Directors will be permitted.

j.) **No Meeting:** If no Annual Meeting is held in a calendar year and Shareholder may submit a written request to the Board for the meeting. The Annual meeting must then be held within 90 calendar days of the request. If it is not, any Shareholder may then petition a court of competent jurisdiction to require the Board to hold the Annual Meeting.

k.) **Action Without Meeting:** Actions which would otherwise be taken at meetings, such as, but not limited to, voting or the passage of other resolutions may also be taken without such meeting if consented to in writing by each Shareholder entitled to vote on the particular action,. Such written consent must be dated by each Shareholder and delivered to the corporation in a timely fashion.

**Article 5 – SPECIAL MEETINGS:**

Special meetings of shareholders may be permitted along with the Annual Meeting, as required, upon the following notice: 2 weeks. Special meetings may be called:

a.) By a Board majority
b.) By the President of the Corporation

The discussion within special meetings will exclusively be centered on the items listen in the notice of the special meeting.

**Article 6 MEETING TELECOMMUNICATION:**

3

Shareholder telecommuting will be permitted for the Annual Meeting or for any special meetings, so long as the specific identity of each Shareholder attending can be verified and each Shareholder can hear, speak, and otherwise participate in any activity of the meeting.

## PART C: DIRECTORS

### Article 7 – AUTHORITY

The board shall have the general authority to manage the affairs of the Corporation, either directly or by delegation.

### Article 8 – NUMBER:

The Corporation shall have the following number of directors: 1.

No vote shall be reconsidered except upon motion to that effect or upon a notice of such motion given at the same session of the meeting and within one (1) hour after the result of such vote has been declared. A two-thirds vote of those present shall be required.

### Article 9 – INITIAL DIRECTORS:

The initial directors have been named in the Corporation's Articles of Incorporation and will serve until an election can take place.

**Article 10 – TERM:** The Board shall be elected each year at the Annual Meeting of the Shareholders by a majority of votes. Directorial terms will be as follows:

Annually (Each Year)

### Article 11 – COMPENSATION:

The Directors of the Corporation will be compensated for their services and may additionally have their expenses reimbursed.  The Board may establish compensation by resolution.  Directors may also serve in other positions throughout the Corporation and may be compensated for such service, as well.

**Article 12 – QUORUM:**

4

A quorum of Directors shall be as follows: 75%.

**Article 13 – REGULAR MEETINGS:**

The Board will hold at least one regular, annual meeting on the same date and at the same place as the Annual Meeting of Shareholders.  The Board may also hold additional regular meetings at intervals decided upon through Board Resolutions.

**Article 14 – SPECIAL MEETINGS:**

Special meetings of the Board may be requested by any Board member upon adequate notice, no less than the following: 3 days.

**Article 15 – NOTICE WAIVER:**

Written and executed waiver by any Director will suffice in the Notice's stead and will constitute Notice waiver.  Attendance of any Director at any meeting will constitute Notice waiver, unless timely objection at the start of the meeting is logged.

**Article 16 - DIRECTIONAL ACTION WITHOUT MEETING:**

Actions which would otherwise be taken at directorial meetings, such as, but not limited to, the passage of resolutions, may  also be taken without such meeting if consented to in writing by each Director entitled to vote on the particular action.  Such written consent must be dated by each Director.

**Article 17 – MEETING TELECOMMUNICATION:**

Director telecommuting will be permitted for the Annual Meeting or for any special meetings, so long as the specific identity of each Director attending can be verified and each Director can hear, speak, and otherwise participate in any activity of the meeting.

**Article 18 – ADVERSE INTEREST:**

The disclosure of a conflict of interest for any Director shall not disqualify that Director as necessary for a quorum, nor shall it disqualify that Director from voting upon the issue.

### Article 19 – DIRECTIONAL VACANCIES:

Should a vacancy on the Board arise due to the departure of an Director between terms that may not be voted upon by Shareholders, a new Director shall be appointed by the majority of the Directors remaining in office. The newly-appointed Director will hold such office until the next Annual Meeting. If all Directors should depart, any Officer may call a special meeting for the election of a new Director or Directors. Directors may voluntarily resign as follows:

By sending a letter or notice of departure no less than 4 weeks in advance.

### Article 20 – DIRECTOR REMOVAL:

Directors may be removed at any time, for any reason or no reason at all, by a majority vote at a special meeting called specifically for a vote on Director Removal.

### Article 21 – ORGANIZATION AND PROCEDURE:

The following individual will preside over Board meetings: The President or Board Chairman. If such individual is not present, another Director will be chosen by the majority of Directors present at the meeting. Resolutions will be passed and voted upon by a majority of Directors, so long as a quorum is present at the meeting.

The Board shall keep written minutes of its meetings and will store such minutes for a period after the meeting as follows: One Year. The minutes will contain the following, but may contain more information as the Board deems necessary: Directors present, resolution information, and Director Objections or abstention.

The vote on any motion, provided the meeting so votes shall be taken by a "Yes" or "No" ballot with the use of the check list. Any warrant article authorizing the Treasurer to borrow by bonding in excess of $750,000.00 (seven hundred fifty thousand dollars) shall be voted only by means of a "YES" or "NO" ballot, so that an accurate count can be taken and sealed.

#### SECTION A - BANKING AND FINANCE:

The chairman, CEO, or President may call meetings whenever advisable, but shall call meetings at the request of at least four other members of the committee. The Chairman, CEO, President is with the

6

authorization and approving through other officers for the opening, maintenance, deposits, withdrawals, and other necessary bank and/or financial business  for the maintenance, operation, and growth of the city.

### Article 22 – COMMITTEES:

To the extent permitted by law, the Board of Directors may appointing from its members a committee or committees, temporary or permanent, and designate the duties, powers, and authorities or such committees.

### PART D : OFFICERS

### Article 23 – OFFICER APPOINTMENTS:

The Corporation will have the following officers ("Officers"): These Officers will initially be appointed by the Board, if not already done so at the time of the drafting of these Bylaws.

### Article 24 – GENERL DUTIES:

The general duties of the Officers will be as follows;

> **President:** The President shall generally oversee the Board and shall be the chief executive officer ("CEO") of the Corporation, responsible for the ultimate oversight of the Corporation's actions.  The President shall preside at Shareholder meetings, track and supervise that Board resolutions are carried out, and sign corporate documents.

> **Vice President(s):** The Vice President or Vice Presidents shall be responsible for assisting the President as needed and any other duties which may be delegated by the Board.

> **Treasurer:** The Treasurer shall be the chief financial officer ("CFO") and shall be responsible for overseeing and managing the financial business of the Corporation, including, if applicable, the endorsement of monetary instruments and the dispensation of funds.  The Treasurer shall be under the authority of the Board and shall report to the board on the financial goings-on of the Corporation.

> **Secretary:** The Secretary shall be responsible for the organizational structure of the meetings of the Boar, including sending notice, keeping minutes, and otherwise maintaining records.

The duties of the Officers may be adjusted as needed by the Board throughout the life of the Corporation.

**Article 25 – TERM:**

The Officers will be initially elected by the Board and then will each serve or a one-year term or until a successor officer has been elected.

**Article 26 – RESIGNATION OR REMOVAL:**

If any of the Officers resign or are removed, the Board shall have the authority to appoint a replacement interim Officer until the next election can be held.

**PART E: - FINANCIAL AFFAIRS**

**Article 27 – LOANS AND OTHER DEBTS:**

The Corporation shall be permitted to take out loans and other debts, but only upon resolution of the Board.

**Article 28 – MONETARY INSTRUMENTS:**

Funds belonging to the Corporation through monetary instruments shall promptly be deposited in financial accounts in the name of the Corporation. Funds dispersed by the Corporation shall be signed by the Treasurer or other Officer as the Board may designate.

> **SECTION 1** Every officer, board or committee of the city, when authorized to purchase any supplies or property, or erect, construct, or repair any building, shall in each case when the estimated cost of the entire amount of supplies or property to be purchased, worked or other matter exceeds twenty-five thousand dollars ($25,000.00), shall make a written contract thereof, and before executing any such contract shall invite proposals thereof by advertising in one or more newspapers in general circulation in the city. Such notices of proposals shall state time and place for opening the proposals, and also reserve the right to reject any and all proposals.

> **SECTION 4** No personal property of the city shall be sold by any officer or board unless by vote of the city, except as herein provided; (a) If its initial cost value was two thousand ($2,000) dollars or less, it may be sold by the joint authorization of the Board of Selectmen and the chairman of the Finance Committee. (b) If one thousand ($1,000) dollars or less, by

8

authorization of the Board of Selectmen. Such authorization shall in each case: (a) Be in writing (b) Certify that the proposed selling price

## PART F: GENERAL

### Article 29 – AMENDMENT:

This document and the bylaws herein may be amended or rescinded by a majority of the Board or a Majority of the Shareholders through a vote.  The Shareholders may, however, delineate certain portions of these bylaws which may not be amended or rescinded by the Board.

### Article 30 – INDEMNIFICATION:

The Corporation shall indemnify Directors and Officers who may be involved in any litigation or other legal dispute due to their position within the Corporation. The Corporation shall also indemnify any employees and agents who may be involved in litigation or other disputes by virtue of their position or relationship with the Corporation.

### Article 31 – FISCAL YEAR:

The fiscal year of the Corporation will end on August 31st.  The fiscal year may be changed by resolution of the Board.

### Article 32 – DISSOLUTION:

The Board may have the authority to dissolve the Corporation through a supermajority vote.

9

**Article 33 – CORPORATE SEAL:**

The Corporation shall have a corporate seal, which will be attached to any document otherwise requiring a signature, in addition to the signature of the relevant Officer.

**Execution;**

**The bylaws have been duly adopted by the Corporation and are executed by the individual below.**

Secretary;

Secretary Name: _____

Secretary Signature: _____

Date:_____

10

**Cease and Desist**

January 4, 2023

Samuel Burleson

RE:    Fraudulent Misrepresentation of a Texas Local Government Official

It has been brought to my attention that you have held yourself out to be a city official for the City of Coolidge Texas. This letter serves as NOTICE to you to cease and desist any and all activities or actions whereby you hold yourself out as an appointed representative or otherwise a public servant of the City of Coolidge.

Your failure to **CEASE and DESIST** will force me to take appropriate legal action against you. The City of Coolidge will seek all available damages and remedies including civil action and criminal charges in accordance with the Texas Penal Code. This may include injunctive relief and an order for you to pay court costs and attorney's fees as well as criminal penalties.

Respectfully,

Mayor, Tonia Bruckner
City of Coolidge

City of Coolidge
P.O.Box 457
Coolidge, TX 76635

NORTH TEXAS TX P&DC
DALLAS TX 750
5 JAN 2023    PM 5   L



Samuel Burleson
604 Armour
Coolidge, TX 76635

76635-309504

Samuel Burleson
Po Box 302
Coolidge Tex 76635

U.S. District Court
800 Franklin Ave Suite 304
76701
Waco Texas

RECEIVED

JAN 23 2023

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK